YORK TRUST COMPANY, as Trustee for Holders of Certificates in Series N-106 of New York Title and Mortgage Company, etc. FRANK L. WEIL and Others. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, etc., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Townley, J., taking no part.

VERSICHERUNGS-ANSTALT DER OESTERREICHISCHEN BUNDESLAENDER v. HAMILTON FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BROOKLYN GARDEN APARTMENTS, INC.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 151.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JACOB ROSEN v. MASSACHUSETTS ACCIDENT COMPANY.— Motion for leave to appeal to the Court of Appeals granted. . [See ante, p. 873.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DOROTHY C. BARTON v. CLIFFORD FRANK BARTON.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 941.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HERMAN GOLDSMITH v. KENNETH L. HICOCK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

GLENS FALLS INSURANCE COMPANY v. CAROLINA FREIGHT CARRIERS CORPORATION and AKERS & HUDSON MOTOR LINES, INC.— Motion by defendant-appellant, Akers & Hudson Motor Lines, Inc., for leave to appeal to the Court of Appeals and for a stay, granted. [See ante, p. 881.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GLENS FALLS INSURANCE COMPANY v. CAROLINA FREIGHT CARRIERS CORPORATION and AKERS & HUDSON MOTOR LINES, INC.— Motion by defendant-appellant, Carolina Freight Carriers Corporation, for leave to appeal to the Court of Appeals granted. [See ante, p. 881.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JEAN GUY POSWICK, Also Known as GUY POSWICK, v. RULOFF E. CUTTEN and Others and EDWARD F. HUTTON and Others.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See ante, p. 218.] Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

EDWARD V. McGOVERN v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in the Area Bounded by East 122nd Street, First Avenue, East 125th Street and Harlem River, in the Borough of Manhattan, City of New York, Duly Selected as a Site by the Triborough Bridge Authority, and Approved by the Board of Estimate and Apportionment According to Law. BLUE RIDGE COAL CORP. and F. J. KERNER COAL CO., INC. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.